2024R00780/CG/PAL/ar

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden, U.S.D.J. |
| v. | : | Crim. No. 26-276 |
| TOMAS-KAAN JIMENEZ-GUZEL, | : | ABANDONMENT AND WAIVER OF RIGHTS TO CERTAIN SEIZED |
| Defendant. | : | PROPERTY |

WHEREAS, on or about July 27, 2026, defendant Tomas-Kaan Jimenez-Guzel pleaded guilty to an Information, which charged him with conspiracy to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1) ("Information"); and

WHEREAS, the defendant waives, abandons, and surrenders to federal, state, and/or local law enforcement all of his right, title, and interest in the following property:

(1)   one TD Bank debit card;

(2)   two tactical pouches, one tactical fanny pack, one tactical backpack, one black tactical vest, and one solar charger bank;

(3)   one black leatherbound notebook; and

(4)   one black shoulder holster

(collectively, "Property"); and

WHEREAS, the defendant waives, abandons, and surrenders all of his right, title, and interest in the Property; will not challenge in any way his waiver,

abandonment, and surrender of the Property, including any and all procedural challenges such as the right to any further notice; and agrees and consents to the lawful disposition, including destruction, of the Property by federal, state, and/or local law enforcement; and

WHEREAS, the defendant further agrees that this Abandonment and Waiver of Rights is final and unappealable.

ORDERED this 27th day of July, 2026.

Hon. Katharine S. Hayden, U.S.D.J.

The undersigned hereby consent to the form and entry of this Order:

Robert Frazer
United States Attorney

By: Camila Garces
Assistant United States Attorney

Dated: 7/27/2026

Tomas-Kaan Jimenez-Guzel, Defendant

Dated: 7/23/2026

Deirdre von Dornum, Esq.
Attorney for Tomas-Kaan Jimenez-Guzel

Dated: 7/23/2026

-2-