**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*Casey S. Smith*
*Assistant U.S. Attorney*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2795*

November 5, 2026

**VIA ECF**

Honorable Katharine S. Hayden
United States District Judge
Frank R. Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07101

Re: *United States v. Tomaskaan Jimenez-Guzel*
Crim. No. 26-00276 (KSH)

Dear Judge Hayden:

On July 27, 2026, the defendant, Tomaskaan Jimenez-Guzel, pleaded guilty to one count of conspiracy to provide material support to a designated foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1). ECF Nos. 30–34. At the plea hearing, the Court set a sentencing date of December 3, 2026. ECF No. 34.

The United States respectfully requests that the Court adjourn the sentencing hearing to a date in or after March 2027.

Respectfully Submitted,

ROBERT FRAZER
United States Attorney

*/s/ Casey S. Smith*
By: Casey S. Smith
Assistant United States Attorney